**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **WILMER ORTIZ** | **CIVIL ACTION** |
| **VERSUS** | **No. 16-13876** |
| **AECO OF LOUISIANA, LLC** | **SECTION I** |

## ORDER

Considering the unopposed motion[1] to dismiss with prejudice,

**IT IS ORDERED** that the motion is **GRANTED**.  All claims in this matter

are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, March 15, 2017.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 13.